THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE CARDINALE, Appellant.—

Present — Goldman, P. J., Del Vecchio, Witmer, Bastow and Henry, JJ.